

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00039-CV

---

Noe Fernandes, Appellant

v.

Copper Canyon Homeowners Association, Inc., Appellee

---

On Appeal from the 466th District Court
Comal County, Texas
Trial Court No. C2025-0262E

---

## MEMORANDUM OPINION

Appellant's brief was originally due on February 6, 2026. *See* Tex. R. App. P. 38.6(a) (governing time to file brief). On February 13, 2026, the Clerk of this Court notified Appellant that his brief was late and that, unless he filed an adequate response to the notice by February 23, 2026, we might dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a) (authorizing

dismissal of appeal for failure to timely file a brief). Appellant did not file a brief or adequately respond to the notice.

We dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b). We dismiss any pending motions as moot.

MARIA SALAS MENDOZA, Chief Justice

March 4, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.